■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY ANDREWS, Appellant. — Judgment of the Supreme Court, Queens County, rendered January 7, 1980, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J. P., Gulotta, Margett and O'Connor, JJ., concur.